# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR.<br><br>  Plaintiff,<br><br>  v.<br><br>STANISLAUS COUNTY, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-00012-AWI-SAB (PC)<br><br>ORDER DENYING REQUEST FOR REIMBURSEMENT OF U.S. MARSHAL'S SERVICE FEES<br><br>[ECF Nos. 30, 31, 32] |

   Plaintiff Columbus Allen, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On October 10, 2014, the USM-285 form was returned by the U.S Marshal with a notation that personal service on the County of Stanislaus was effectuated on October 8, 2014.  (ECF No. 30.)  On October 10, 2014, the United States Marshal submitted a request for the reimbursement of the costs for personal service on the County of Stanislaus.  (ECF No. 31.)

   On October 23, 2014, Defendant, County of Stanislaus, filed objections to the cost for reimbursement.  Defendant, County of Stanislaus, submits that it was previously served with the same complaint in July 2014.  Indeed, the County and other Defendants in this action executed and returned to the U.S Marshal's Office waivers of service of summons.  (Declaration of Terence J. Cassidy, Ex. A, ECF No. 32.)  The County made a formal appearance in this action, along with other Defendants, by filing a motion to dismiss on July 29, 2014.  (ECF No. 22.)  Accordingly, Defendant, County of

1

1  Stanislaus properly waived service and made an appearance in this action, prior to personal service on
2  October 8, 2014, and the costs of personal service shall not be attributed to the County.
3      Based on the foregoing, IT IS HEREBY ORDERED that the U.S. Marshal's request for
4  reimbursement of costs associated with personal service on the County of Stanislaus is DENIED. The
5  Clerk of the Court is DIRECTED to serve a copy of this order on the U.S. Marshal's Office in
6  Sacramento.

8  IT IS SO ORDERED.

9  Dated:   **October 24, 2014**
10                                        UNITED STATES MAGISTRATE JUDGE