UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00012-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANTS' MOTION TO DISMISS, AND DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF Nos. 34, 39] |

　　　　Plaintiff Columbus Allen, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On November 18, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days.  No Objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 18, 2014, is adopted in full;

2. Defendants' motion to dismiss is DENIED; and

3. Defendants are directed to file a further response to the operative complaint within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: January 12, 2015

_____
SENIOR DISTRICT JUDGE