UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR. | Case No.: 1:13-cv-00012-AWI-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO DISREGARD REQUEST FOR ENTRY OF DEFAULT AS MOOT |
| v. | |
| STANISLAUS COUNTY, et al., | [ECF No. 52] |
| Defendants. | |

Plaintiff Columbus Allen, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 19, 2015, Plaintiff filed a request for entry of default. (ECF No. 46.) On February 20, 2015, the Court denied Plaintiff's request for entry of default. (ECF No. 50.)

Now pending before the Court is Plaintiff's request to disregard his request for entry of default. (ECF No. 52.) Plaintiff acknowledges that his request for entry of default was unwarranted given that Defendants have timely filed a response to the complaint.

Inasmuch as Plaintiff's request for entry of default has previously been denied, his present request to disregard such motion is MOOT and is DENIED on such basis.

IT IS SO ORDERED.

Dated:   **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE

1