# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR.<br><br>   Plaintiff,<br><br>   v.<br><br>STANISLAUS COUNTY, et al.,<br><br>   Defendants. | Case No.: 1:13-cv-00012-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION RELATING TO EXHAUSTION OF THE ADMINISTRATIVE REMEDIES<br><br>[ECF No. 54] |

Plaintiff Columbus Allen, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 7, 2015, Defendants filed a request to extend the time to file a dispositive motion relating to exhaustion of the administrative remedies.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted until **August 11, 2015**, to file a dispositive motion relating to exhaustion of the administrative remedies.

IT IS SO ORDERED.

Dated:   **May 8, 2015**

UNITED STATES MAGISTRATE JUDGE

1