# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR. </br></br>    Plaintiff, </br></br>    v. </br></br> STANISLAUS COUNTY, et al., </br></br>    Defendants. | Case No.: 1:13-cv-00012-AWI-SAB (PC) </br></br> ORDER GRANTING DEFENDANTS' EX PARTE REQUEST TO EXTEND THE PAGE LIMIT ON FILING OF MOTION FOR SUMMARY JUDGMENT </br></br> [ECF No. 69] |

Plaintiff Columbus Allen, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' ex parte application to extend the 25-page limit on the filing of a motion for summary judgment.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants may exceed the 25-page limit but such motion shall not exceed 50 pages. In addition, Defendants are advised that because Plaintiff is incarcerated and proceeding in properia persona in this action Local Rule 230(l) controls the filing of all motions.

IT IS SO ORDERED.

Dated:   **April 13, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1