**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBUS ALLEN, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>STANISLAUS COUNTY, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00012-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO SUBMIT COMPLETE COPY OF DEPOSITION TRANSCRIPT WITHIN FIVE DAYS |

       Plaintiff Columbus Allen, Jr. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       On April 22, 2016, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition. (ECF No. 71.)  However, Defendants did not submit a copy of the complete deposition as required by Local Rule 133(j).

       Accordingly, IT IS HEREBY ORDERED that Defendants shall lodge a hard copy of Plaintiff's entire deposition or email an electronic copy of the entire deposition to the email box of the undersigned within five days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 17, 2017**

                                    UNITED STATES MAGISTRATE JUDGE