UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR., | No. 1:13-cv-00012-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| STANISLAUS COUNTY, et al., | (Doc. No. 95) |
| Defendants. | |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of pro bono counsel on behalf of plaintiff is warranted and would assist the court in the disposition of this action.  Attorneys Joan Camagong, Frank P. Kelly, and Amir Nassihi have been selected from the court's pro bono panel to represent plaintiff and have agreed to be appointed in this matter.

Accordingly,

1) Attorneys Joan Camagong, Frank P. Kelly, and Amir Nassihi are appointed as counsel in the above entitled matter;
2) The previously scheduled September 19, 2017 jury trial date is vacated;
3) A status conference is set in Courtroom 5 (DAD) before District Judge Dale A. Drozd on August 1, 2017 at 1:30 p.m. and the parties are to be prepared to discuss the setting of new dates for the final pretrial conference and jury trial in this action at that time;

1

4) Appointed counsel shall notify Pro Bono Civil Rights Panel Administrator Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to their appointment in this matter; and

5) The Clerk of the Court is directed to serve a copy of this order upon Attorneys Joan Camagong, Frank P. Kelly, and Amir Nassihi, Shook Hardy & Bacon LLP, 1 Montgomery Street, Suite 2700, San Francisco, California 94104.

IT IS SO ORDERED.

Dated: **July 17, 2017**

UNITED STATES DISTRICT JUDGE