# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR. | Case No.: 1:13-cv-00012-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE ON FEBRUARY 22, 2018, AT 10:30 BEFORE UNITED STATES MAGISTRATE JUDGE MICHAEL J. SENG |
| STANISLAUS COUNTY, et al., | |
| Defendants. | |

Plaintiff Columbus Allen, Jr. is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is represented by Joan Camagong and Defendants are represented by John Whitefleet. The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Michael J. Seng to conduct a settlement conference at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #6 on February 22, 2018 at 10:30 a.m. A separate order and writ of habeas corpus ad testificandum for Plaintiff to appear by telephone will issue in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Michael J. Seng on February 22, 2018, at 10:30 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #6.
2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.
3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person

1

may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

4. On or before **February 15, 2018**, each party shall provide a confidential settlement statement to the following email address: mjsorders@caed.uscourts.gov.  The parties shall also file a Notice of Submission of Confidential Settlement Conference Statement (See Local Rule 270(d)).

5. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case.
    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
    c. A summary of the proceedings to date.
    d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
    e. The relief sought.
    f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
    g. A brief statement of each party's expectations and goals for the settlement conference.

IT IS SO ORDERED.

Dated: __**October 3, 2017**__

UNITED STATES MAGISTRATE JUDGE

2