# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR. | Case No.: 1:13-cv-00012-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE FROM APRIL 3, 2018 TO APRIL 10, 2018, AT 8:30 A.M. BEFORE UNITED STATES DISTRICT COURT JUDGE DALE A. DROZD |
| STANISLAUS COUNTY, et al., | |
| Defendants. | |

Plaintiff Columbus Allen, Jr. is appearing in this civil rights action pursuant to 42 U.S.C. § 1983.

Due to a scheduling conflict, the parties have met and conferred and have agreed, with the Court's permission, to reschedule the trial date from April 3, 2018 to April 10, 2018, at 1:00 p.m. or any date thereafter that is convenient for the Court.

Based on the parties' stipulation and good cause, it is HEREBY ORDERED that the trial date currently schedule for April 3, 2018 is continued to **April 10, 2018, at 8:30 a.m.** before United States District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**January 22, 2018**__

UNITED STATES MAGISTRATE JUDGE