1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COLUMBUS ALLEN, JR.,                    No.  1:13-cv-00012-DAD-SAB

12                Plaintiff,

13        v.                                 ORDER TO FACILITATE TELEPHONE
                                             CALL
14   STANISLAUS COUNTY, et al.,

15                Defendants.

16

17          Plaintiff Columbus Allen, Jr. is a state prisoner proceeding with counsel in this civil rights

18   action brought pursuant to 42 U.S.C. § 1983.  Communication between plaintiff's attorney Joan

19   R. Camagong and her client is required in order to efficiently litigate this action to its conclusion.

20   By this order, the court directs the Warden and the correctional staff at California State Prison,

21   Solano (SOL), to facilitate a confidential telephone call between attorney Camagong and inmate

22   Columbus Allen, Jr. (AE-1543).

23          Accordingly,

24        1.      The Warden, Litigation Coordinator, and other correctional staff as needed at SOL

25                shall facilitate a confidential telephone call between Columbus Allen, Jr. and

26                attorney Camagong;

27        2.      The confidential telephone call shall be placed on **Thursday, February 15, 2018**,

28                to begin at **10:00 a.m**. and shall continue, without interruption, for a maximum of

1   90 minutes or until completed, whichever is earlier.  Correctional staff shall

2   initiate the phone call by calling Ms. Camagong at (415) 544-1921;

3   3.   The telephone conversation shall be a confidential communication between

4   attorney and client and conducted so as not to be overheard by correctional staff or

5   others.  Correctional staff may, however, keep inmate Allen under visual

6   surveillance during the conversation;

7   4.   Failure to comply with this order may result in an order requiring the Warden of

8   SOL, or others responsible for the failure to comply, to appear before the court to

9   show cause why sanctions should not be imposed against them; and

10  5.   The Clerk of the Court is ordered to serve this order by facsimile (707) 454-3429

11  and email on the Warden and Litigation Coordinator at SOL.

IT IS SO ORDERED.

Dated:   **February 6, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE