**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
STANISLAUS COUNTY, PUTHUFF, CHRISTIANSON, DUNCAN, LLOYD, SUAREZ, CLIFTON, RADZA, TRUFFA, CARDOZA, AZIZ, MAULDIN, MAZE, GALLES, MEYERS and WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR., II, | No. 1:13-CV-00012-DAD-SAB |
| Plaintiff, | **STIPULATION AND ORDER TO EXCUSE INDIVIDUAL DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE** |
| vs. | |
| STANISLAUS COUNTY, et al | |
| Defendants. | |

The parties hereby submit the following Stipulation excusing the individual Defendants from attending the Settlement Conference scheduled for February 22, 2018 before Magistrate Judge Seng.

Defendants submit good cause exists to excuse the attendance of the fifteen named individual defendants. First, no aspect of settlement hinges upon their attendance. Employees and former employees of a public entity are entitled to be defended and indemnified by the public entity upon request in a civil action against the employee for an act or omission in the scope of employment. See Cal. Gov. Code sec. 995. Further, the public entity shall pay any compromise or settlement. See Cal. Gov. Code sec. 825(a). Here, Defendants have requested the County to provide, and the County is so providing, defense of the current civil action being brought against them. Thus, any payment of any potential settlement will not come from the individual defendants. Counsel for Defendants will obtain the necessary authority from them.

Second, Defendants submit the individual defendants include duly-elected Sheriff Christianson, together with some of his command staff to include Cpt. Duncan, Lts. Lloyd and Clifton, as well as five deputies who remain employed with the County. Clearly, their absence would have a significant impact on the operations of the Sheriff's Department, and having several of deputies absent at the same time could cause scheduling problems and unnecessary overtime. In addition, several defendants are retired and live out of State, and thus to require their attendance would be burdensome. Several others have left employ and have other employment that would be interrupted.

Third, Defendants submit that in addition to counsel for Defendants the undersigned, an appropriate authorized County representative will be present at the Settlement conference. Please note that final authority to settle is vested in the Stanislaus County Board of Supervisors, as are all settlements. Thus, the attendance of an authorized County representative obviates the need for the individual defendants to personally attend.

In light of the representation that an authorized County representative will be present, counsel for Plaintiff agrees to the excuse of the individual defendants' attendance at the Settlement Conference.

Respectfully submitted,

Dated: February 9, 2018          Shook, Hardy & Bacon L.L.P

By /s/Joan R. Camagong (authorized on 2/8/18)
   Joan R. Camagong
   Attorneys for Plaintiff

Dated: February 9, 2018          PORTER SCOTT
   A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
   John R. Whitefleet
   Attorneys for Defendants
   STANISLAUS COUNTY, PUTHUFF CHRISTIANSON, DUNCAN, LLOYD, SUAREZ, CLIFTON, RADZA, TRUFFA,

CARDOZA, MAULDIN, MAZE, MEYERS, GALLES and WILLIAMS

**ORDER**

Good cause appearing, Defendants PUTHUFF, CHRISTIANSON, DUNCAN, LLOYD, SUAREZ, CLIFTON, RADZA, TRUFFA, CARDOZA, AZIZ, MAULDIN, MAZE, GALLES, MEYERS and WILLIAMS are hereby excused from personal attendance at the February 22, 2018, Settlement Conference before the undersigned.

IT IS SO ORDERED.

Dated: February 9, 2018         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE