

FEB 22 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK


# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS ALLEN, JR, | Case No. 1:13-cv-00012-DAD-SAB (PC) |
| Plaintiff, | ORDER THAT INMATE COLUMBUS ALLEN, JR., CDCR # AE-1543 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE ROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |
| v. | |
| STANISLAUS COUNTY, et al., | |
| Defendants. | |

A settlement conference in this matter commenced on February 22, 2018, inmate Columbus Allen, Jr. CDCR #AE-1543, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

1